# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Go Airlines (India) Limited,<br><br>   Petitioner,<br>v.<br><br>International Aero Engines, LLC,<br><br>   Respondent. | Case No. 1:23-mc-00249-RGA |

## ORDER GRANTING MOTION TO EXTEND TIME

Upon consideration of Respondent International Aero Engines, LLC's ("Respondent") Motion for Extension of Time to Respond to the Emergency Petition and Motion to Confirm Arbitration Awards ("Motion for Extension"),

IT IS HEREBY ORDERED this __5th__ day of May 2023 that the Motion for Extension is GRANTED as follows:

  1. Respondent shall file any response to the Emergency Petition and Motion to Confirm Arbitration Awards ("Emergency Petition") by May 11, 2023; and

  2. Petitioner is permitted to file a reply, if any, in further support of its Emergency Petition by May 15, 2023.

                 /s/ Richard G. Andrews
                 United States District Judge