IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Go Airlines (India) Limited,<br><br>   Petitioner,<br>v.<br><br>International Aero Engines, LLC,<br><br>   Respondent. | Misc. Case No. 1:23-mc-00249-RGA-LDH |

## **RESPONDENT'S MOTION TO STAY PROCEEDINGS**

For the reasons stated in Respondent's Memorandum of Law in Opposition to the Petition to Confirm Arbitration Awards and in Support of Respondent's Motion to Stay Proceedings, Respondent respectfully moves this Court to stay the above-captioned action until after the full merits tribunal in the underlying Arbitration ("Merits Tribunal") has completed its review of International Aero Engines, LLC's application to vacate.

Dated: May 11, 2023

OF COUNSEL:

REED SMITH LLP
Oliver K. Beiersdorf
James P. Duffy IV
Brian P. Giunta
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
obeiersdorf@reedsmith.com
jpduffy@reedsmith.com
bgiunta@reedsmith.com

Respectfully submitted,

REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
Anne M. Steadman (No. 6221)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
brostrocki@reedsmith.com
asteadman@reedsmith.com

*Counsel for Respondent International Aero Engines, LLC*