# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Go Airlines (India) Limited,<br><br>           Petitioner,<br>     v.<br><br>International Aero Engines, LLC,<br><br>           Respondent. | Misc. No. 1:23-mc-00249-RGA LDH |

**CONFIDENTIAL EXHIBIT A TO
DECLARATION OF BRIAN M. ROSTOCKI**

**REDACTED IN ITS ENTIRETY**