# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Go Airlines (India) Limited,<br><br>    Petitioner,<br>v.<br><br>International Aero Engines, LLC,<br><br>    Respondent. | Misc. No. 1:23-cv-00249-RGA |

## EXHIBITS B AND C TO
## DECLARATION OF BRIAN M. ROSTOCKI

# Exhibit B

# Go First insolvency: NCLAT to pass order on aircraft lessors' petitions on May 22

Tuesday, 16 May 2023 | PTI | New Delhi

The National Company Law Appellate Tribunal will pass its order on May 22 on petitions filed by three aircraft lessors against Go First's voluntary insolvency resolution proceedings.

A two-member bench headed by Chairperson Justice Ashok Bhushan on Monday reserved its order after completing the hearing on the three petitions.

The bench also asked the parties to submit additional documents, if any, in the next 48 hours.

The appellate tribunal was hearing a batch of petitions filed by SMBC Aviation Capital Ltd, GY Aviation and SFV Aircraft Holdings.

All three lessors have leased out around 21 aircraft to Go First.

During the proceedings, senior advocate Arun Kathpalia representing SMBC Aviation submitted it has terminated the lease prior to the commencement of the Corporate Insolvency Resolution Process (CIRP) of Go First.

"Their right on lease has gone," he said, adding that as per the Cape Town Conventions, there is a protocol for DGCA to cancel the lease in five working days.

India is also a signatory and it has to be done by DGCA without taking consent from Go First.

"They cannot fly and operate it," he said.

Kathpalia also added there was a difference between the lease of Jet Airways and Go First. One was on a financial lease model, while the other had an operational lease.

"Court can not prevent our right which was pre-CIRP," he added.

Senior advocate Krishnendu Datta, appearing for another lessor, said the CIRP was a smoke screen for Go First.

It was a well-planned move. There was no financial default and by suspending the flight operations, an urgency was created by the Wadia group firm.

Senior Advocate Ramji Srinivasan, representing the Interim Resolution Professional, said the notice of termination of lease by the lessors was a way to defeat the insolvency proceedings as they should not have taken that step once the case was before the NCLT.

Senior Advocate Maninder Singh, representing Go First, said the airline was having a tough time and it was compelled to voluntary file for insolvency.

So far this month, several lessors have approached aviation regulator DGCA for deregistration and repossession of Go First's 45 planes.

Go First stopped flying from May 3.

 Last week the Delhi-based principal bench of the NCLT appointed an interim resolution professional to look after the affairs of Go First and also suspended its board as part of the insolvency resolution process.

# Exhibit C

Go First Customer Care: **1800 2100 999** (tel:1800 2100 999) / **+91 22 6896 8300**        | Login | GoStar (https://book.flygofirst.com/GoStar/Login) |

(https://play.google.com/store/apps/details?id=com.ezy.goair)   (https://apps.apple.com/app/id1236827090)

(/)

| Book Flights | Manage Booking | Web Check-in | Flight Status | Group Booking |

**Book Flights**

- Round Trip
- One Way
- Multi-City

From → To

Depart | Return

Passengers (1) | Promo Code | USD | Go



airports only.   Passengers who do not have a Web Check-in Boarding Pass are required to download their e-tickets/itinerary (with barcode) fro

## GoDestinations
Fly to your favourite destination with Go First

**PORT BLAIR**
Direct flights from Chennai and Kolkata
Lowest fares starting
₹**4425***

BOOK NOW (/PLAN-MY-TRIP/TRAVEL-GUIDE/PORT-BLAIR-IXZ-FLIGHTS/)

**GOA**
Direct flights from Mumbai
Lowest fares starting
₹**2019***

BOOK NOW (/PLAN-MY-TRIP/TRAVEL-GUIDE/GOA-GOI-FLIGHTS/)

**SRINAGAR**
Direct flights from Delhi
Lowest fares starting
₹**3641***

BOOK NOW (/PLAN-MY-TRIP/TRAVEL-GUIDE/SRINAGAR-SXR-FLIGHTS/)

**LEH**
Direct flights from Delhi
Lowest fares starting
₹**1894***

BOOK NOW (/PLAN-MY-TRIP/TRAVEL-GUIDE/LEH-IXL-FLIGHTS/)

## GoXtras
Avail ancillary benefits and get a comfortable flying experience with Go First.



(/goxtras/priority-check-in/)   (/goxtras/priority-boarding/)   (/goxtras/smart-assist)

**Priority Check-In**
Smart is Making Yourself a Priority. Get Priority Check-In and Bag Starting at Just Rs. 500*

KNOW MORE (/GOXTRAS/PRIORITY-CHECK-IN/)

**Priority Boarding**
Now get Priority Boarding at just INR 400 for Domestic and INR 600 for International.

KNOW MORE (/GOXTRAS/PRIORITY-BOARDING/)

**Smart Assist**
Smart Assist meet and greet services offered at departure and arrival at select airports.

KNOW MORE (/GOXTRAS/SMART-ASSIST)

✖ Kindly 'Accept Cookies' & allow us to personalise and optimise your experience with Go First.    ✓ Accept cookies

## GoPartners

5/19/23, 10:17 AM  Book Domestic & International tickets online at lowest airfares- Go First

## Go GetAway!ers

Get the best deals on your stay with Go First flight bookings.





(/offers-and-promotions/fab-hotels/) (/offers-and-promotions/lux-resorts-hotels/) (https://www.flygofirst.com/goxtras/forex-services)

**Exclusive offer on accomodation across India**
Flat 35% off on more than 600 fabHotels properties across India

**Enjoy up to 20% discount and much more**
Exclusive benefits at LUX* South Ari Atoll Maldives Resort and Villas.

**Get foreign currency and Forex services at a click of a button!**
Now get the option to choose from more than over 35 currencies with a variety of forex services

KNOW MORE (/OFFERS-AND-PROMOTIONS/FAB-HOTELS/)

KNOW MORE (/OFFERS-AND-PROMOTIONS/LUX-RESORTS-HOTELS/)

KNOW MORE (HTTPS://WWW.FLYGOFIRST.COM/GOXTRAS/FOREX-SERVICES)

(/goxtras/flight-plus-hotel/)
(https://www.
(https://www.

## Why GO FIRST?

Book your flight tickets with one of the most trusted airlines in India.





(/about-us/indias-most-trusted-brand/) (/about-us/state-of-the-art-fleet/) (/about-us/on-time-performance/)

**Asia's Most Trusted Brand 2019**

**State-of-the-art fleet**

**Cirium On-time Performance Review 2019: 10th most on-time mainline airline, Asia Pacific**

KNOW MORE (/ABOUT-US/INDIAS-MOST-TRUSTED-BRAND/)

KNOW MORE (/ABOUT-US/STATE-OF-THE-ART-FLEET/)

KNOW MORE (/ABOUT-US/ON-TIME-PERFORMANCE/)

### Top Destinations

Flights to Abu Dhabi (/plan-my-trip/travel-guide/abu-dhabi-flight/) │ Flights to Port Blair (/plan-my-trip/travel-guide/port-blair-ixz-flights/) │
Flights to Mumbai (/plan-my-trip/travel-guide/mumbai-bom-flights/) │ Flights to Kuwait (/plan-my-trip/travel-guide/kuwait/) │
Flights to Muscat (/plan-my-trip/travel-guide/muscat-flight/) │ Flights to Bangkok (/plan-my-trip/travel-guide/bangkok-flights/) │
Flights to Delhi (/plan-my-trip/travel-guide/delhi-del-flights/) │ Flights to Malé (/plan-my-trip/travel-guide/male/) │
Flights to Mangalore (/plan-my-trip/travel-guide/mangalore-ixe-flights/) │
Flights to Coimbatore (/plan-my-trip/travel-guide/coimbatore-cjb-flights/) │
Flights to Hyderabad (/plan-my-trip/travel-guide/hyderabad-hyd-flights/)   View More

### Flight Routes

Mumbai to Delhi Flights (/low-cost-flight/mumbai-to-delhi/) │ Mumbai to Ahmedabad Flights (/low-cost-flight/mumbai-to-ahmedabad/) │
Bengaluru to Delhi Flights (/low-cost-flight/bengaluru-to-delhi/) │ Goa to Delhi Flights (/low-cost-flight/goa-to-delhi/) │
Hyderabad to Delhi Flights (/low-cost-flight/hyderabad-to-delhi/) │
Hyderabad to Mumbai Flights (/low-cost-flight/hyderabad-to-mumbai-flights/) │
Lucknow to Leh Flights (/low-cost-flight/lucknow-to-leh-low-airfare-domestic-flights/) │
Kolkata to Lucknow Flights (/low-cost-flight/kolkata-to-lucknow/) │ Mumbai to Delhi Flights (/low-cost-flight/mumbai-to-delhi/) │
Kolkata to Lucknow Flights (/low-cost-flight/kolkata-to-lucknow/) │ Leh to Mumbai Flights (/low-cost-flight/leh-to-mumbai/)   View More

Plan My Trip (https://www.flygofirst.com/plan-my-trip/)  Group Bookings (https://groups.flygofirst.com/)  Careers (https://www.goteam.in/Candidate/CanHomeBL.aspx)

Manage Booking (/plan-my-trip/manage-booking/)  Flight Schedule (/plan-my-trip/flight-schedule/)  Partner Registration Retail (https://goair.secure.force.com/retailOnboarding)

Web Check-In (/plan-my-trip/web-check-in/)  Charters (/plan-my-trip/charters/)  Partner Registration Corporate (https://goair.secure.force.com/corpOnboarding)

Flight Status (/plan-my-trip/flight-status/)  Route Map (/plan-my-trip/route-map/)  GoSME (https://www.flygofirst.com/travel-information/gosme/)

Travel Guide (/plan-my-trip/travel-guide/)  Blogs (/blogs/)

About Us (/about-us/)

Our Offices (/about-us/our-offices/)

Network (/about-us/network/)

Advertise With Us (/services/advertise-with-us/)

FAQ (/travel-information/faq/)

Go First Customer Care:   ✖  Kindly 'Accept Cookies' & allow us to personalise and optimise your experience with Go First.

https://www.flygofirst.com  2/3

📞 1800 2100 999 (tel:1800 2100 999)

📞 +91 22 6896 8300 (tel:+91 22 6896 8300)

Follow us on

Wadia Group (https://www.wadiagroup.com/)    Citizens Charter (/about-us/citizens-charter/)

Terms & Conditions (/terms-conditions/)    Investor Centre (/about-us/investor-centre/)    Disclaimer (/disclaimer/)

Privacy Policy (/privacy-policy/)    Tariff (/media/3607/tariff-sheet.pdf)    In-flight Magazine (/bottom-menu/in-flight-magazine/)

Travel Guide (/plan-my-trip/travel-guide/)    Testimonials (/testimonials/)    Feedback (/bottom-menu/feedback-form/)

Fund Upload/Transfer (/bottom-menu/Credit-Card-Upload/)    Contact Us (/about-us/contact-us/)    Sitemap (/sitemap/)

Go First: India's Ultra Low Cost Airline. © 2023. Go Airlines All Rights Reserved

(/goxtras/flight-plus-hotel/)

(https://www...

(https://www...

✖ Kindly 'Accept Cookies' & allow us to personalise and optimise your experience with Go First.